IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| R. Todd Sterling | : | Case No.: ___3:24-cv-02063___ |
| Plaintiff, | : | |
| | : | (Hon. _____) |
| v. | : | |
| | : | **NOTICE OF REMOVAL** |
| Meade and Associates, *etc.*, *et al.*, | : | |
| Defendants. | : | |

Defendant Emergency Physicians of Northwest Ohio, Inc. ("**EPNO**") hereby files its Notice of Removal and states as follows:

1. An action has been commenced against EPNO, Meade and Associates, Inc. ("**Meade**"), Synchrony Bank ("**Synchrony**"), Citibank ("**Citi**"), Merrick Bank ("**Merrick**"), and "FICO" (presumably Fair Issac Co.) which is now pending in the Allen County, Ohio Court of Common Pleas, said action being titled *"R. Todd Sterling v. Meade and Associates, et al."* bearing Case No. CV-2024-0335 on the docket of said court ("**Allen County Action**").

2. A Summons and copy of the Complaint in the Allen County Action was served on EPNO on November 1, 2024. A true and accurate copy of the Summons and Complaint is attached hereto as ***Exhibit A*** and ***B***. Subsequent to the filing of the Complaint, Plaintiff R. Todd Sterling ("**Sterling**") filed an Amended Complaint and a Motion for Temporary Restraining Order as against certain of the Defendants, true and accurate copies of which are attached hereto as ***Exhibits C*** and ***D***. Meade filed a Motion for More Definite Statement, a true and accurate copy of which is attached as ***Exhibit E***.

3. Per the Allen County Clerk of Courts' docket (a) Defendant Meade was served with process on October 31, 2024; (b) Synchrony was served with process on November 14, 2024; and

(c) Merrick was served with process on November 6, 2024.  Defendants Citibank and FICO have not been served and have not appeared in the action.

4. EPNO has sought the consent of all Defendants to removal of Allen County Action via writing and, to date, has not received any objection.

5. This Notice of Removal is being filed within 30 days after EPNO's receipt of the Summons and Complaint and is timely filed in accordance with 28 U.S.C. § 1446(b).

6. Prior to filing the instant Notice of Removal, EPNO filed a motion for an extension of time to move, plead, or otherwise respond to Plaintiff's state court Complaint and was granted an extension of time of 28 days – up through an including December 30, 2024 – to do so.  A copy of the Court's order granting same is attached hereto as ***Exhibit F***.

7. Plaintiff's Complaint and Amended Complaint appear to allege claims for relief under the Fair Debt Collection Practices (11 U.S.C. § 1692a *et seq*.), the Fair Credit Reporting Act (15 U.S.C. § 1681 *et seq*.), the Federal Trade Commission Act (15 U.S.C. § 45, *et seq*.), and the Sherman Antitrust Act (15 U.S.C. § 1, *et seq*.).  Accordingly, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which may be removed pursuant to 28 U.S.C. § 1441(a).

**WHEREFORE,** Defendant EPNO requests that the Court enter this cause on its docket and entertain such further proceedings herein as may be proper and authorized by law.

Respectfully submitted,

EASTMAN & SMITH LTD.

/s/ *Mark W. Sandretto*
Mark W. Sandretto (0079536)
Claire M. Griffin (0103662)
One SeaGate, 27th Floor
P. O. Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Fax: (419) 247-1777
Email: mwsandretto@eastmansmith.com
        cmgriffin@eastmansmith.com

Attorneys for Defendant
Emergency Physicians of Northwest Ohio, Inc.

## PROOF OF SERVICE

This is to certify that a copy of the foregoing *Notice of Removal* was filed electronically on this 26th day of November 2024. Parties may access this filing through the operation of the Court's electronic filing system and a copy was also served via first class U.S. Mail upon:

R. Todd Sterling
568 Haller
Lima, Ohio 45801

Plaintiff

Chris Murphy, Esq.
Murphy Petty Ltd.
P.O. Box 2190
Westerville, Ohio 43081
chris.murphy@mplawltd.com

Attorneys for Defendant
Meade & Associates, Inc.

Synchrony Bank
c/o CT Corporation System, statutory agent
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219

Defendant

Merrick Bank Corp.
10705 S. Jordan Gateway
South Jordan, Utah 84095

Defendant

3

7683089.1

4

| | |
|---|---|
| Citibank, N.A.<br>c/o CT Corporation System, statutory agent<br>4400 Easton Commons Way, Suite 125<br>Columbus, Ohio 43219 | Fair Issac Corporation<br>c/o Corporation Service Company<br>1160 Dublin Road, Suite 400<br>Columbus, Ohio 43215 |
| Defendant | Defendant |

/s/ *Mark W. Sandretto*
An Attorney for Defendant
Emergency Physicians of Northwest
Ohio, Inc.