IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

R. TODD STERLING,                         CASE NO. 3:24 CV 2063

    Plaintiff,

    v.                                    JUDGE JAMES R. KNEPP II

MEADE AND ASSOCIATES, et al.,

    Defendants.                           **JUDGMENT ENTRY**

In accordance with the Court's contemporaneously-filed Memorandum Opinion and Order, this case is DISMISSED as to Defendants Emergency Physicians of Northwest Ohio, Meade & Associates, Inc., Synchrony Bank, and the Fair Isaac Corporation (FICO).

In addition, this case is STAYED as to Defendant Citi Bank, N.A. pending arbitration and is administratively CLOSED.

The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: May 5, 2025

1